# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SEAN WINN, <br><br> Plaintiff, <br><br> -vs- <br><br> EQUIFAX INFORMATION SERVICES LLC, and SWIFT & CO. LOFTS CONDOMINIUM ASSOCIATION, INC., <br><br> Defendants. | CASE NO. 1:24-cv-03027-SEG-RGV |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC.

COMES NOW Plaintiff, SEAN WINN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 23rd day of September 2024.

/s/ **Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963

1

Pennsylvania No.: 325066  
The Consumer Lawyers PLLC  
501 E. Kennedy Blvd, Suite 610  
Tampa, FL 33602  
Cell: (813) 299-8537  
Facsimile: (844) 951-3933  
Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 23rd day of September 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

<b>/s/ Octavio Gomez</b><br>
Octavio "Tav" Gomez<br>
Georgia Bar No.: 617963<br>
The Consumer Lawyers<br>
<i>Attorney for Plaintiff</i>

2