UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SEAN WINN,<br><br>          Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, and SWIFT & CO. LOFTS CONDOMINIUM ASSOCIATION, INC.,<br><br>          Defendants. | CASE NO. 1:24-cv-03027-SEG-RGV |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, SEAN WINN, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendant, EQUIFAX INFORMATION SERVICES LLC ("Equifax"). Defendant, Equifax, has neither filed an answer to the Complaint nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 22nd day of October 2024.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066

>The Consumer Lawyers PLLC
>501 E. Kennedy Blvd, Suite 610
>Tampa, FL 33602
>Cell: (813) 299-8537
>Facsimile: (844) 951-3933
>Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 22nd day of October 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

>**/s/ Octavio Gomez**
>Octavio "Tav" Gomez
>Georgia Bar No.: 617963
>The Consumer Lawyers
>*Attorney for Plaintiff*